# EXHIBIT B

Apps | File #1 (A - BV) - Lie... | Settlements - Liebo...
Inside the career of a prolific... ×
www.thisisthebronx.info/inside-career-prolific-new-york-graffiti-artist/



**this is the Bronx .info**
THE HUB FOR EVERYTHING BRONX

Wednesday, March 7th, 2018

BRONX NEWS | EVENTS | ARTS | CULTURE | BUSINESS | REAL ESTATE | TOURISM | RESTAURANTS | BRONX MEDIA

NEW YORK 38° cloudy



Children's Corner Learning Center
1770 Eastchester Road, Metro Center Atrium
Monday - Friday, 7am - 7pm
6 Weeks to 5 Years Old
Curriculum Based Learning
**Now Enrolling!**
Learn More

Donate to Puerto Rico and Mexico Relief

Submit Original Writing for MAGAZINE SUNDAY

Sign up for thisistheBronx TODAY (daily newsletter)

Custom Search



HELLO, BRONX!
We're here to help make the most of your money.
LEARN MORE
POPULAR COMMUNITY BANK.
Copyright © 2018 Banco Popular North America. Member FDIC

STACY ADAMS -54% GULLIVER MOC TOE SLIP ON $85 BUY
STACY ADAMS -53% STRATFORD WINGTIP MONK ST... $119 BUY NOW
-33% BOYS PORTER MOC TOE SLIP ON $45 BUY
-64% GULLIVER MOC TOE SLIP ON $85 BUY NOW

EARN AN MBA IN ONE

# Inside the career of a prolific New York graffiti artist



*Robert Dyer poses on the Ed Koch Queensboro Bridge. (Helayne Seidman)*

This NY Post biography tells how a graffiti artist got his start painting on the #6 train. In fact, it's where he was first arrested.

He also defaced D trains in the Bronx' Concourse Yard.

Read the full August 19, 2017 story by Melkorka Licea in the NY POST...

Translate »

MI NY / OCT 13, 2017
FOTO:



En el mes de marzo un hombre de Staten Island pateó a una mujer embarazada desde esa fecha hasta ahora su situación legal estaba en duda, pero este jueves autoridades determinaron que **estará libre de cárcel, siempre y cuando no se meta en problemas durante un año.**

Los hechos ocurrieron cuando **Michael Lee**, de 40 años chocó con **Natasha Rodney**, de 28 años, mientras viajaban en el tren que se dirigía hacia el norte cerca de la estación de Bowling Green a las 8:40 horas.

Los dos empezaron a discutir, así que Rodney lo empujó al suelo, Lee "Se levantó y la pateó dos veces en el estómago", según el portavoz del NYPD Sgt. Lee Jones.

Durante la audiencia la juez **Kathryn Paek** le preguntó a Lee si intentó patear a Natasha; "Sí", respondió en el Tribunal Penal de Manhattan. Pero cuando se le preguntó si sabía que estaba embarazada, se negó a responder.

COMPARTIR EN:
 Facebook
 Twitter
 Google +



ÚLTIMAS NOTICIAS

CILENTI & COOPER, PLLC
ABOGADOS DEDICADOS A AYUDARLE A RECUPERAR EL DINERO QUE USTED SE MERECE
708 3rd Ave, 6to. Piso, New York, NY 10017
718-841-7474
Hablamos Español
Consulta GRATIS



Trabajadora de MTA ayuda a migrante a dar a luz en el subway
MI NY / OCT 17, 2017

Gabriel, nominado al Latin Grammy
FAMA / OCT 17, 2017

Hombre es arrestado por robo millonario en fajitas de carne
MI USA / OCT 17, 2017

Revelan detalles del asesinato de joven hallada en congelador de un hotel
MI USA / OCT 17, 2017

LO MÁS LEÍDO

Trabajadora de MTA ayuda a migrante a dar a luz en el subway
MI NY / OCT 17, 2017


