UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: LIBBOWITZ LAW FIRM, PLLC - 2484

HELAYNE SEIDMAN

Plaintiff(s)

-against-

GAX PRODUCTIONS, LLC

Defendant(s)

Index #: 1:18-CV-02048-RA

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CARL BOUTON BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 15, 2018 at 09:34 AM at

3845 SEDGWICK AVENUE, # 14F
BRONX, NY 10463

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET, AND ORDER AND NOTICE OF INITIAL CONFERENCE on GAX PRODUCTIONS, LLC, the defendant/respondent therein named,

**LIMITED LIABILITY COMPANY** by delivering thereat a true copy of each to SHAWN AXELBANK personally, deponent knew said limited liability company so served to be the limited liability company described in said SUMMONS IN A CIVIL ACTION AND COMPLAINT WITH EXHIBITS, CIVIL COVER SHEET, AND ORDER AND NOTICE OF INITIAL CONFERENCE as said defendant/respondent and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx.) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 38 | 5'10 | 230 |

Sworn to me on: March 15, 2018

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process Inc.
299 Broadway
New York NY 10007

**CARL BOUTON**
License #: 2011838
Docket #: *1065599*