UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____

HELAYNE SEIDMAN
        Plaintiff                            ANSWER

v.                                           Docket No.1:18-cv-2048 (RA)

GAX PRODUCTIONS, LLC
        Defendant.
_____

**COMES NOW** Gax Productions, LLC, by and through the undersigned Counsel, and submits its Answer to the Complaint:

1.     The allegation contained in Paragraph 1 of the Complaint calls for a legal response and does not require an answer.

2.     This allegation contained in Paragraph 2 of the Complaint calls for a legal response and does not require an answer.

3.     This allegation contained in Paragraph 3 of the Complaint calls for a legal response and does not require an answer.

4.     This allegation contained in Paragraph 4 of the Complaint calls for a legal response and does not require an answer.

5.     Defendant is without knowledge to admit or deny the allegation contained in Paragraph 5 of the Complaint .

6.     Admitted.

7.     Defendant is without knowledge to admit or deny the allegation contained in Paragraph 7 of the Complaint .

8. Defendant is without knowledge to admit or deny the allegation contained in Paragraph 8 of the Complaint.

9. There is no paragraph 9 in the Complaint.

10. Admitted to the extent that Plaintiff has a copyright registration. Otherwise Defendant is without knowledge to admit or deny the allegation contained in Paragraph 10 of the Complaint.

11. The allegation contained in Paragraph 11 of the Complaint is denied to the extent that Defendant "ran an article entitled Inside the career of a prolific New York graffiti artist".

12. The allegation contained in Paragraph 12 of the Complaint is denied.

13. The allegations contained in Paragraphs 13, 14, 15, 16, 17, 18 and 19 of the Complaint are denied.

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by the "Fair Use Doctrine" pursuant to 17 U.S.C. §107.

### THIRD AFFIRMATIVE DEFENSE

Defendant is not presently able to determine all the affirmative defenses to which it is entitled to assert and may later determine that there are additional affirmative defenses that are applicable in this case. The Defendant reserves the right to supplement this Answer and to add any additional affirmative defenses.

WHEREFORE, Defendant respectively requests that judgment on Plaintiff's claim be denied, and that the Defendant be awarded costs of this action, and any further relief the Court deems just and proper.

Dated: New York, New York
April 3, 2018

                                          S/ Jonathan Cohen, Esq.
                                          -------------------------------------
                                          Jonathan Cohen, Esq.
                                          Attorney for Defendant
                                          GAX PRODUCTIONS LLC
                                          244 Fifth Ave., Ste. J206
                                          New York, NY  10001
                                          tel: 646-236-4064
                                          jcohen1947@yahoo.com