UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
_____X

HELAYNE SEIDMAN
         Plaintiff

v.                                    Docket No.1:18-cv-2048 (RA)

GAX PRODUCTIONS, LLC        NOTICE OF APPEARANCE
         Defendant.
_____X

      Please take notice that Jonathan Cohen, Esq., is appearing on behalf of defendant GAX PRODUCTIONS, LLC and that all future correspondence and papers in connection with this action are to be directed to me at the address indicated below.

Dated:  New York, New York
         April 3, 2018

                                       S/ Jonathan Cohen, Esq.
                                       -------------------------------------
                                       Jonathan Cohen, Esq.
                                       Attorney for Defendant
                                       GAX PRODUCTIONS LLC
                                       244 Fifth Ave., Ste. J206
                                       New York, NY  10001
                                       tel: 646-236-4064
                                       jcohen1947@yahoo.com