UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

HELAYNE SEIDMAN
    Plaintiff

v.                                         Docket No.1:18-cv-2048

                                         MOTION FOR ADMISSION
                                         PRO HAC VICE

GAX PRODUCTIONS, LLC
    Defendant.

---------------------------------X

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Laurence Singer, Esq. hereby moves this Court for an Order allowing the admission Pro Hac Vice of:

Laurence Singer, Esq.
1629 K Street NW, Suite 300
Washington D.C. 20006
Telephone: 646 327-8772; ls@laurencesinger.com

I am in good standing of the bar of the District of Columbia. There are no pending disciplinary proceedings against me in any state or federal court; I have never been convicted of a felony; and I have never been censured, suspended, disbarred or denied admission or readmission by any court. Attached is the affidavit pursuant to Local Rule 1.3.

Respectfully submitted,

_____
Laurence Singer, Esq.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------X

HELAYNE SEIDMAN
    Plaintiff

v.                                         Docket No.1:18-cv-2048

**MOTION FOR ADMISSION
PRO HAC VICE**

GAX PRODUCTIONS, LLC
    Defendant.

------------------------------X

**AFFIDAVIT OF LAURENCE SINGER IN SUPPORT OF MOTION
FOR ADMISSION PRO HAC VICE**

State of New York  )
                            ) SS:
County of Queens  )

Laurence Singer, Esq., being duly sworn, hereby deposes and says as follows:

1.     I am a private practitioner licensed in the District of Columbia. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of this motion to admit Laurence Singer as counsel Pro Hac Vice to represent Defendants in this matter.

2.     I am a member in good standing of the bar of the District of Columbia and was admitted to practice law on November 4, 1969.

3.     I have never been convicted of a felony.

4.     I have never been censured, suspended, disbarred or denied admission or readmission by any court.

5.   There are no disciplinary proceedings presently against me.

6.   Accordingly, I move for admission of Laurence Singer, Esq. Pro Hac Vice.

7.   I respectfully submit a proposed order granting the admission of Laurence Singer, Pro Hac Vice, which is attached hereto.

WHEREFORE it is respectfully requested that the motion to admit Laurence Singer, Pro Hac Vice, to represent Defendant in the above captioned matter, be granted.

Dated: April 16, 2018

Queens, New York

Respectfully submitted,

Laurence Singer, Esq.

Affirmed before me this _16_ day of April 2018.

Notary Public

My Commission Expires: 9/20/20

DOMINIC NG
Notary Public, State of New York
No. 01NG6116229
Qualified in Kings County
Commission Expires Sept. 20, 20 20

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

HELAYNE SEIDMAN
        Plaintiff

v.                                                       Docket No.1:18-cv-2048

                                                           **MOTION FOR ADMISSION**
                                                           **PRO HAC VICE**

GAX PRODUCTIONS, LLC
        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Upon the motion of Laurence Singer, Esq. for admission to practice Pro Hac Vice:

**IT IS HEREBY ORDERED** that

Laurence Singer, Esq.
1629 K Street NW, Suite 300
Washington D.C. 20006
Telephone: 646 327-8772; ls@laurencesinger.com

is admitted to practice Pro Hac Vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated:                                                                                                         _____
New York, New York                                                           United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------X

HELAYNE SEIDMAN
    Plaintiff

v.                                                              Docket No.1:18-cv-2048

**MOTION FOR ADMISSION
PRO HAC VICE**

GAX PRODUCTIONS, LLC
    Defendant.

---------------------------------X

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Motion was delivered electronically and by first class mail this 16th day of April 2018 upon Plaintiffs' attorney

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York

_____
Laurence Singer, Esq.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Laurence Singer*

was duly qualified and admitted on **November 4, 1969** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 2, 2018.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership