JOINT LETTER

May 11, 2018

The Honorable Ronnie Abrams
United States District Court Judge
United States Court House
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: Seidman v. Gax Productions, LLC: 1:18-cv-2048 (RA)

Dear Judge Abrams:

Following is the Joint Letter as requested in the Court's Order and Notice of Initial Conference dated March 8, 2018 in anticipation of the Initial Status Conference on May 18, 2018 at 2:15 p.m.

1.      A brief description of the nature of the action and the principal defenses thereto: This action is brought for copyright infringement; the principal defense is Fair Use.

2.      A brief explanation of why jurisdiction and venue lie in this Court: This claim arises under the Copyright Act, 17 U.S.C. §101 *et seq.,* and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a). Gax Productions, LLC was organized on March 16, 2017 in New York State. The sole member of the LLC is Gary Axelbank who is a citizen of the United States.

3.      A brief description of all contemplated and/or outstanding motions: There are no outstanding motions. Motions for Summary Judgment are contemplated.

4.      A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations: Defendant has provided information regarding the website statistics, website history and an explanation of ad serving. Settlement discussion can become meaningful with the following discovery: Defendant's discovery relating to the history of the Plaintiff's financial returns from her photography, especially those concerning newspaper placement; and Plaintiff's discovery relating to the expenses saved, profits obtained, and willfulness (including where and how the photograph was found or edited).

5.      A brief description of prior settlement discussions and the prospect of settlement: The parties have engaged in settlement discussions, exchanging offers. At this time settlement appears to be elusive.

6.      The estimated length of trial: The estimated length of trial is two days.

7.      Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case. Fair Use is the one dispositive issue.

Respectfully submitted:

_____
Richard Liebowitz, Esq.
Counsel for Plaintiff

_____
Laurence Singer, Esq.
Counsel for Defendant