UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN,<br><br>       Plaintiff,<br><br>- against -<br><br>GAX PRODUCTIONS, LLC<br><br>       Defendant. | Docket No.1:18-cv-2048 (RA) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

  Please enter my appearance as counsel in this case on behalf of Helayne Seidman. I certify that I am admitted to practice in, and a member of good standing of, this Court.

Dated: Valley Stream, New York
May 17, 2018

                 Respectfully submitted,

              **By: /Yekaterina Tsyvkin/ (YT1234)**
                Yekaterina Tsyvkin
                Liebowitz Law Firm PLLC
                11 Sunrise Plaza, Suite 305
                Valley Stream, New York 111580
                (516) 233-1660

              *Attorneys for Plaintiff Helayne Seidman*