UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2018
```

HELAYNE SEIDMAN
      Plaintiff

v.                                                          Docket No.1:18-cv-2048
                                                            **CASE MANAGEMENT PLAN AND**
                                                            **SCHEDULING ORDER**

GAX PRODUCTIONS, LLC
      Defendant.

RONNIE ABRAMS, United States District Judge:

Pursuant to Rules 16 - 26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties have engaged in settlement discussions.

3. This case is to be tried to a jury.

4. No additional parties may be joined after June 18, 2018 without leave of the Court.

5. No amendments to the pleadings may be made after June 18, 2018 without leave of the Court.

6. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than May 31, 2018. [~~Absent exceptional circumstances, within~~ *fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f)*.]

7. All fact discovery is to be completed no later than September 18, 2018. [*A period not to exceed 120 days unless the case presents unique complexities or other exceptional circumstances.*]

8. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court,

provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

    a.    Initial requests for production of documents shall be served by June 18, 2018.

    b.    Interrogatories shall be served by June 18, 2018.

    c.    Depositions shall be completed by September 18, 2018.

    d.    Requests to Admit shall be served no later than July 2, 2018.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by October 18, 2018. [The parties shall be prepared to describe their contemplated expert discovery and the bases for their proposed deadlines at the initial conference.

10. All discovery shall be completed no later than October 18, 2018.

11. The Court will conduct a post-discovery conference on _October 26, 2018_ at _11:00 a.m._. [To be completed by the Court.] No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    X    Referral to a Magistrate Judge for settlement discussions (Defendant).

    X    Referral to the Southern District's Mediation Program (Plaintiff).

    _____ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

The parties have conferred and their present best estimate of the length of trial is two days.

SO ORDERED.

Dated: May 18, 2018
New York, New York

_____
Ronnie Abrams
United States District Judge