

August 24, 2018

**VIA ECF**

Honorable Barbara C. Moses
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Seidman v. Gax Productions, LLC,* 1:18-cv-2048 (RA-BCM)

Dear Magistrate Judge Moses:

    We represent Plaintiff Helayne Seidman in the above-captioned case. We write to respectfully request that the Court strike Defendant's motion to compel [Dkt. # 16] from the record or, in the alternative, stay the deadline for Plaintiff to file her opposition brief on grounds that Defendant violated section II.B. of Your Honor's Individual Practices by failing to request a pre-motion discovery conference with the Court, by letter-motion as required by Local Civil Rule 37.2.

    Respectfully Submitted,

    **/richardpliebowitz/**
    Richard P. Liebowitz

    *Counsel for Plaintiff Helayne Seidman*