September 14, 2018

Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***Seidman v. GAX Productions, LLC (1:18-cv-2048-RA-BCM)***

Dear Judge Moses,

I represent Plaintiff, Helayne Seidman, in the above in-captioned case. On September 7, 2018, I mailed a copy of the your Order in Document 23 to my client.

                                      Sincerely,

                                      /s/Richard Liebowitz
                                      Richard Liebowitz

