**EXHIBIT 1**

**Laurence Singer**
Attorney-At-Law
1629 K Street NW, Suite 300
Washington D.C. 20006
Voice: 646 327 8772; Fax: 646-435-0622
ls@laurencesinger.com

September 14, 2018

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11581

Dear Richard:

This is a letter written to seek clarification with regard to Plaintiff's Second Amended Responses and Objections to Defendant's First Set of Document Requests.

Interrogatories Number 2 and Number 4 are not redundant. Interrogatory Number 1 requests "documents related to the relationship between the Plaintiff and the *New York Post* at the time the photograph that is the subject of this lawsuit was taken. Interrogatory Number 2 requests documents between the Plaintiff and the *New York Post* related to the photograph that is the subject of this lawsuit".

Interrogatory Number 4 requests "all documents related to the licensing and/or use of the photograph that is the subject of this lawsuit, including the nature of each use, the media platform on which the photograph appeared, and the amount of money the Plaintiff received for each use. This Interrogatory is not redundant of any previous request".

Further, the responses to these three requests for production of documents states "Plaintiff will produce non-privileged documents responsive to this request". So far, no documents have been provided. If there are no documents, this must be clearly stated, and privileged documents must be identified with the reason for the privilege clearly stated.

If these issues can be clarified today with a third amended response, there is no reason for the Court's involvement.

Sincerely,

*Laurence Singer*
Laurence Singer