# Liebowitz Law Firm, PLLC
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

September 17, 2018

Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Seidman v. GAX Productions, LLC (1:18-cv-2048-RA-BCM)*

Dear Judge Moses,

We represent Plaintiff, Helayne Seidman, in the above in captioned case. Instead of meeting and conferring in person or via telephone, under your Rule II. B of your individual Rules, Defendant violated your rules yet again and went straight to the Court regarding a discovery dispute. This is the second time that Defendant has violated your individual rules. Defendant wrote a letter to Plaintiff on Friday, September 14, 2018 that could have been reasoned on a simple telephone call.

On Sunday, September 16, 2018 Plaintiff provided Defendant with its third amended responses to Defendant's request for production of documents and let Defendant's counsel know that Plaintiff is available to meet and confer via telephone on Monday, September 17, 2018 if there are any other issues.

In Defendant's letter to the Court on September 15, 2018 and Defendant's letter to Plaintiff on September 14, 2018, Defendant mentions a deficiency in Plaintiff's interrogatories 2 and 4 which is not the case. In fact, Defendant was referring to Document request number 2 and 4. A simple phone call in good faith to Plaintiff would have cleared any misunderstandings and solved any issues without going to the Court.

Plaintiff believes Defendant's counsel is trying to harass Plaintiff and his counsel and has been unreasonably and vexatiously multiplying these proceedings. Plaintiff respectfully asks that Defendant's counsel be sanctioned under 28 § USC 1927 and that Defendant's counsel pay for the costs of writing this letter for violating your rules for not meeting and conferring in person or via telephone in good faith with Plaintiff' counsel.

Respectfully Submitted,
/s/Richard P. Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
(516) 233-1660
RL@LiebowitzLawFirm.com

