UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

HELAYNE SEIDMAN
    Plaintiff

v.                                    Docket No.1:18-cv-2048
                                        Magistrate Judge Barbara Moses

GAX PRODUCTIONS, LLC
    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**DECLARATION OF LAURENCE SINGER**

Laurence Singer, pursuant to 28 U.S.C. § 1746, declares:

1.     I am the attorney for the Defendant and am submitting this Declaration made with personal knowledge in accordance with the Court's Order dated August 28, 2018.

2.     Statement of Services Rendered @$450.00/hour

| Date 2018 | Services | Hours | Amount |
|---|---|---|---|
| 08/24 | Motion to Compel* | 1.5 hours | $600.00 |
| 08/25 | Preparation of the August 25th Letter Motion | 1 hour | $450.00 |
| 08/28 – 08/30 | Email communications among counsel. | 30 minutes | $225.00 |
| 08/28 | Review of Court Order | 10 minutes | $75.00 |
| 09/05 | Letter to the Court | 30 minutes | $225.00 |
| 09/06 | Review of Court Order | 15 minutes | $112.50 |
| TOTAL | | | $1,687.50 |

\* The Motion to Compel was filed on August 24, 2018. Technically, the Letter Application comes first and then a Motion to Compel is filed after review of the Letter Application and Conference. Counsel seeks the Court's guidance if the Motion to Compel is consistent with the Court's Order.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted

*Laurence Singer*
Laurence Singer
1629 K Street NW, Suite 300
Washington D.C. 20006
Telephone: 646 327-8772
ls@laurencesinger.com

September 19, 2018

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing Initial Disclosures was delivered electronically this 19th day of September 2018 upon Plaintiff's attorney

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11581

*Laurence Singer*
_____
Laurence Singer, Esq.