**EXHIBIT 1**

From: Laurence <ls@laurencesinger.com>
Subject: Re: Motion for Sanctions
Date: September 20, 2018 at 7:45:08 AM EDT
To: Richard Liebowitz <RL@liebowitzlawfirm.com>

Richard, from the Judge's September 17th Order:

"If defendant believes that plaintiff is in violation of the September 6 Order - for example, by failing to produce all non-privileged documents responsive to Requests No. 1-5 or by withholding documents on the basis of privilege without serving a privilege log - it may seek redress pursuant to Fed. R. Civ. P. 37(b), including sanctions pursuant to Rule 37(b)(2)(A). Any such motion must be made in compliance with Local Civil Rule 37.2 and this Court's Individual Practices."

It took one response and three amended responses for you to state "There are no privileged documents", even through the Court made very clear what was required. Please let me know your response to the Letter Motion, which sets forth the progression of these issues.

Laurence

---

From: Richard Liebowitz <RL@liebowitzlawfirm.com>
Subject: Re: Motion for Sanctions
Date: September 19, 2018 at 11:29:39 PM EDT
To: Laurence <ls@laurencesinger.com>

Laurence,

I don't follow. There were no privileged documents, I am not sure why this is necessary.

Best,

Richard Liebowitz, Esq.
Liebowitz Law Firm, PLLC
t.516-233-1660


*********************************************************************

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient,

you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

*********************************************************************

On Wed, Sep 19, 2018 at 11:16 PM Laurence <ls@laurencesinger.com> wrote: Richard, attached is the Letter Motion requesting additional sanctions. I am sending this letter and the Statement of Fees before filing to determine if you will pay the Statement of Fees. I am available for a meet and confer. If I do not hear from you by the end of business tomorrow, Friday September 20th, the Letter Motion will be filed with the Court.

Laurence



Laurence Singer
Attorney-At-Law
voice: 646 327-8772
www.laurencesinger.com

This e-mail and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately by return e-mail, delete this e-mail and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.