September 24, 2018

Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Seidman v. Gax Productions, LLC (1:18-cv-2048-RA-BCM)*

Dear Judge Moses,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. We respectfully request an extension until October 5th to respond to Defendant's motion of sanctions. The original due date is September 27, 2018. Defendant has no objection to this extension.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Helayne Seidman*

