

**Liebowitz Law Firm, PLLC**
ATTORNEYS FOR THE PHOTOGRAPHIC ARTS

11 SUNRISE PLAZA, STE. 305
VALLEY STREAM, NY 11580
(516) 233-1660
WWW.LIEBOWITZLAWFIRM.COM

September 24, 2018

**MEMO ENDORSED**

Honorable Barbara Moses
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/18
```

Re:   *Seidman v. Gax Productions, LLC (1:18-cv-2048-RA-BCM)*

Dear Judge Moses,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. We respectfully request an extension until October 5th to respond to Defendant's motion of sanctions. The original due date is September 27, 2018. Defendant has no objection to this extension.

The Court's consideration is much appreciated.

Application GRANTED. SO ORDERED.

*[signature]*

Barbara Moses, U.S.M.J.
September 25, 2018

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Helayne Seidman*

Liebowitz Law Firm, PLLC