# LAURENCE SINGER
ATTORNEY-AT-LAW
1629 K Street, Suite 300
Washington, D.C. 20006
Voice: 646 327-8772   Fax: 212 994-8093
ls@laurencesinger.com

October 4, 2018

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: Seidman v. Gax Productions LLC – Docket No.1:18-cv-2048

Dear Judge Moses:

This letter is written in response to the Plaintiff's letter dated October 4, 2018.

In its letter Plaintiff addresses only the Declaration submitted in response to the Court's order with regard to an accounting of attorney's fees up to September 5, 2018. The letter fails to address the Defendant's September 20, 2018 Letter Motion requesting an informal pre-motion conference regarding Plaintiff's failure to subsequently comply with the Court's September 6th Order and Plaintiff's continued disregard of basic, required obligations during discovery, and Defendant's request for additional sanctions.

In specific response to the Plaintiff's October 4th letter, Defendant's Counsel submits the attached Career Biography.

Thank you for your consideration of this matter.

Sincerely,

*Laurence Singer*
Laurence Singer

cc: Richard Liebowitz. Esq.