CAREER BIOGRAPHY
LAURENCE SINGER
www.laurencesinger.com – ls@laurencesinger.com – 1.646.327.8772

**EDUCATION**

1969:       J.D. Georgetown University Law Center
1966:       B.S. History, Senior Honors in Cultural History, University of Wisconsin

**PROFESSIONAL LEGAL EXPERIENCE**

1976-Present:   Attorney, Private Practice
1973-1975:      Regulatory Attorney, Western Union Telegraph Company
1969-1972:      Staff Attorney, Federal Communications Commission, Washington D.C.

                Member of the District of Columbia Bar Association

Telecommunications, media, arts, entertainment, technology and non-profit law, and intellectual property.

**LEGAL CAREER HIGHLIGHTS**

Participated in the restructuring of the United States telecommunications sector in the early 1970's, authoring a seminal FCC decision on Federal/State jurisdiction and representing Western Union in yearlong negotiations headed by the FCC to bring AT&T in compliance with the United States District Court's antitrust decision.

Represented Consumer Federation of America and Consumer's Union in a special study of the telecommunications sector by the Congressional Research Service.

Served as a consultant to the Wall Street brokerage firm Shearson Hayden Stone, authoring reports on the telecommunications industry.

Served as a consultant to the Department of State and the Department of Commerce, advising foreign governments on privatization and the establishment of regulatory structures for the telecommunications sectors.

Served as a consultant for the Department of Transportation concerning the termination of train service.

Introduced private bills in Congress for businesses seeking compensation from the Federal Government.

Sole counsel in United States District Court litigation against Oracle Corporation for claims of misappropriation of trade secrets and breach of contract and against PolyGram Records for breach of contract and unfair competition, and as co-counsel against DreamWorks for copyright infringement.

Trademark infringement litigation and litigation before the Trademark Trial and Appeal Board.

Represent clients in matters before the Copyright Office and the Patent and Trademark Office.

Draft a wide range of corporate documents and commercial agreements in the fields of telecommunications, media, arts, entertainment and information technology.

Prepare private placement memorandums and consultation on other SEC filings.

Founder, Volunteer Lawyer for the Arts in Washington D.C. in 1973. Since that time working with many non-profit arts and cultural organizations in establishing legal structures, obtaining tax exemption and developing and implementing business and fundraising strategies. Presently serve as a member of the board of directors of The Immediate Life, Indigenous Culture and Education Center, East West School for International Studies Foundation and the NGO Committee on Sustainable Development-NY. Past board memberships include District Curators, Jennifer Muller/The Works, The Alvin Ailey School and the Foundation for the Chapel of Sacred Mirrors.

Since 2002 serve as the United Nations Representative for the NGO Global Family for Love and Peace, obtaining affiliation with the United Nations Department of Public Information and Consultative Status with Economic and Social Council.

Visiting Lecturer in Contracts, Intellectual Property and Entrepreneurship
Radford University College, Accra, Ghana.

Mentor, Mandela Washington Fellowship, Young African Leaders Initiative.

## PRODUCTION

Founder, Rhythms of the Globe, an entertainment company modeled to thrive in the 21st century, encompassing an expansive Internet presence, film and music production, live events, cafes, pop-ups and fashion. Rhythms of the Globe is producing a film in Ghana – www.akwaabathemovie.com.

Founder, Global Beat Music, working out of Power Station, one of the most famous NYC recording studios in the 80's and 90's. Global Beat established distribution networks in the United States, Europe, Taiwan, Hong Kong, and in India with Times Music, and signed a worldwide publishing agreement with Warner Chappell. The Company's productions were reviewed around the world, with features on CNN ShowBiz and National Public Radio's "All Things Considered". Symbiose, a Congolese band, was hailed by *Tower Pulse Magazine* as "part of a new Afro-European movement that may be creating the dominant pop sound of the 21st Century, … a sound [that] may be the future of international pop." The music video of Native American artist Wayquay received the best music video awards from the Native American Music Awards and the American Indian Film Festival.

Co-produced the Radford University College Graduate Fashion Show, featuring fashion from the first class to graduate with a degree in Fashion Design in Ghana. The Fashion Show, held at the Mövenpick Ambassador Hotel Accra, set a new standard of live-event production in Ghana. The attendance reached over 400 people, including the Minister of Education, members of the National Accreditation Board and corporate and fashion industry leaders. Major sponsors were Ecobank, Vodafone and Google.

Produced concerts at a range of venues including the United Nations General Assembly Hall and the New Jersey Convention Center.

Partner, Gallery Row, Labadi Beach, Accra, Ghana.