October 22, 2018

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Seidman v. GAX Productions, LLC (1:18-cv-2048-RA-BCM)*

Dear Judge Abrams,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. The parties are scheduled to have settlement conference with Magistrate Judge Moses on November 6, 2018. The parties respectfully request that the status conference scheduled for October 26, 2018 be adjournment until after the settlement conference to see if the matter can be resolved.

The Court's consideration is much appreciated.

                          Respectfully submitted,

                          /s/Richard Liebowitz
                          Richard P. Liebowitz

                          *Counsel for Plaintiff Helayne Seidman*

