

| Liebowitz Law Firm, PLLC | 11 SUNRISE PLAZA, STE. 305 |
| --- | --- |
| ATTORNEYS FOR THE PHOTOGRAPHIC ARTS | VALLEY STREAM, NY 11580 |
| | (516) 233-1660 |
| | WWW.LIEBOWITZLAWFIRM.COM |

October 22, 2018

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Seidman v. GAX Productions, LLC (1:18-cv-2048-RA-BCM)*

Dear Judge Abrams,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. The parties are scheduled to have settlement conference with Magistrate Judge Moses on November 6, 2018. The parties respectfully request that the status conference scheduled for October 26, 2018 be adjournment until after the settlement conference to see if the matter can be resolved.

The Court's consideration is much appreciated.

Respectfully submitted,

/s/Richard Liebowitz
Richard P. Liebowitz

*Counsel for Plaintiff Helayne Seidman*

Application granted. The status conference scheduled for October 26, 2018 is adjourned. The parties shall submit a joint status letter to the Court no later than November 13, 2018.
SO ORDERED.

Hon. Ronnie Abrams
10/23/2018

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2018