

October 31, 2018

Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Seidman v. GAX Productions, LLC (1:18-cv-2048-RA-BCM)*

Dear Judge Abrams,

We represent Plaintiff, Helayne Seidman, in the above in-captioned case. The parties have reached a settlement in principle and respectfully request that this Court administratively dismiss the action with leave to reopen the case in forty-five (45) days from today's date if the parties have not submitted their final stipulation of dismissal by such time.

The Court's consideration is much appreciated.

                                            Respectfully submitted,

                                            /s/Richard Liebowitz
                                            Richard P. Liebowitz

                                            *Counsel for Plaintiff Helayne Seidman*

