## EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF NEW YORK

| | |
|---|---|
| HELAYNE SEIDMAN<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GAX PRODUCTIONS, LLC<br><br>　　　　　　　　　Defendant. | NOTICE OF SETTLEMENT AND DISMISSAL OF CIVIL ACTION WITH PREJUDICE (FRCP 41(a)(1)(A)(i))<br><br>Case No.: 1:18-cv-2048 |

　　　　IT IS HEREBY STIPULDATED that a settlement has been reached between Plaintiff Helayne Seidman and Defendant GAX Productions, LLC and that the above case should be dismissed with prejudice.

*/s/ Richard P. Liebowitz*
Richard P. Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: 12/12/18

*Attorneys for Plaintiff Helayne Seidman*

*/s/ Laurence Singer*
Laurence Singer
646-327-8772
LS@LaurenceSinger.com

November 12, 2018

5